UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JANET HOYT,

      Plaintiff,

v.                                    Case No.   3:20-cv-23-J-20MCR

JACKSONVILLE HOSPITALITY GROUP, LLC,
d/b/a BEST WESTERN PREMIER,

      Defendant.

_____/

## O R D E R

      This matter is before this Court on the "Joint Stipulation of Dismissal with Prejudice" (Dkt. 12).

      Accordingly, it is **ORDERED**:

      1. The "Joint Stipulation of Dismissal with Prejudice" (Dkt. 12) is **GRANTED** and this action is **dismissed with prejudice** with each party to bear her/its own fees, costs, and disbursements; and

      2. The Clerk is directed to terminate all pending motions and close this case.

      **DONE AND ENTERED** at Jacksonville, Florida, this _3rd_ day of April, 2020.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Jason S. Weiss, Esq.
Kenneth L. Minerley, Esq.